

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-13-00142-CV

Joe A. **ZUNIGA,**
Appellant

v.

**THE CITY OF SAN ANTONIO,** Acting by and through its Agent City Public Service Board
d/b/a CPS Energy,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14216
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

Appellant's second unopposed request for extension of time for filing motion for rehearing and motion for rehearing en banc is hereby GRANTED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

Keith E. Hottle
Clerk of Court